UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMAL FRACTION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26 CV 608 JMB |
| | ) | |
| MAGDALA FOUNDATION, | ) | |
| MONICA WHITE, | ) | |
| GARFIELD DUCKETT, | ) | |
| THOMAS MANGOGNA, | ) | |
| VERONICA DOE, | ) | |
| RANDY DOE, | ) | |
| CARMEN WOODSON, | ) | |
| NEECIE DOE, | ) | |
| MILES GONZALEZ, and | ) | |
| JOHN/JANE Does 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM and ORDER

Now pending before the Court are Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. 7) and Plaintiff's Response to this Court's Order dated October 13, 2026 (Doc. 8).

Federal Rule of Civil Procedure 15(a)(2) provides that a party may amend a pleading with the opposing party's consent or leave of court and that "[t]he court should freely give leave when justice so requires." It is within the district court's discretion to deny amendment if there is "undue delay, bad faith, or dilatory motive, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the non-moving party, or futility of the amendment." Reuter v. JAX Ltd., Inc., 711 F.3d 918, 922 (8th Cir. 2013) (quotation marks and citation omitted). No Defendant has appeared in this action and Plaintiff seeks to amend in order to fully state the names of some

Defendants. Plaintiff's Motion to Amend is **GRANTED**. The Clerk of Court is directed to file Plaintiff's Second Amended Complaint.

In response to this Court's October 13, 2026 Order (Doc. 6), Plaintiff has provided the addresses of named Defendants:

1. Magdala Foundation – 4158 Lindell Boulevard, St. Louis, Missouri 63108

2. Garfield Duckett, Vice President – c/o Magdala Foundation, 4158 Lindell Boulevard, St. Louis, Missouri 63108

3. Cheryl Bradley, Case Manager – Jefferson Spaces, 900 N. Jefferson Avenue, St. Louis, Missouri 63106

4. Thomas Mangogna, CEO -- /o Magdala Foundation, 4158 Lindell Boulevard, St. Louis, Missouri 63108

5. Monic White, Director -- /o Magdala Foundation, 4158 Lindell Boulevard, St. Louis, Missouri 63108

The Clerk of Court is directed to prepare summons and a copy of the second amended complaint for each of the above Defendant and deliver the same to the United States Marshal for service of process pursuant to 28 U.S.C. § 1915(d).

***/s/ John M. Bodenhausen***
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 17th day of November, 2026